## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 03/12/22 |
| 2. Pay Date | | 03/18/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HUTZLER MARK S | GS   06   10 | 26.47 | 39.71 | 45044.00   10193.00   55237.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| | 22.63 | N | 12/26/82 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| JPMORGAN CHASE BANK, NA | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | CSRS:      57707.59 | |
| GA | S | 1 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2117.60 | 12652.00 | TSP DATA | 1% |
| TAXABLE WAGES | 1949.10 | 11645.62 | | |
| NONTAXABLE WAGES | 147.32 | 879.84 | | |
| TAX DEFERRED WAGES | 21.18 | 126.54 | | |
| DEDUCTIONS | 883.09 | 5295.94 | | |
| AEIC | | | | |
| NET PAY | 1234.51 | 7356.06 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2117.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 9.28 | 55.36 | FEHB | 104 | 127.47 | 760.80 |
| MEDICARE | | 28.57 | 170.70 | RETIRE, CSRS | 1 | 148.23 | 885.63 |
| TAX, FEDERAL | | 223.42 | 1346.62 | TAX, STATE | GA | 87.53 | 525.89 |
| TSP LOANS | 119007G | 217.56 | 1305.36 | TSP SAVINGS | | 21.18 | 126.54 |
| DENTAL | | 19.85 | 119.04 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 240.00 | 8.00 | 40.00 | | 8.00 | | 272.00 | 200.00 |
| SICK | 286.25 | 4.00 | 20.00 | 5.00 | 5.00 | | 301.25 | |
| TIME OFF AWD | 36.00 | | | | | | 36.00 | |
| HOLIDAY | | | | | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.64 | 27.68 | FEHB | 244.86 | 1465.88 |
| MEDICARE | 28.57 | 170.70 | RETIRE, CSRS | 148.23 | 885.63 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
REVIEW YOUR LES EACH PAY PERIOD! HERE'S HOW:
HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/LEAVE-AND-EARNINGS
HHS PAYROLL LIAISONS: HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/PAYROLL-LIAISONS
NET PAY BANK/ACCOUNT NUMBER/ACCOUNT TYPE CHANGED.
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 02/26/22 |
| 2. Pay Date | | 03/04/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HUTZLER MARK S | GS   06   10 | 26.47 | 39.71 | 45044.00   10193.00   55237.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| | 22.63 | N | 12/26/82 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | CSRS:   57559.36 | |
| GA | S | 1 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2117.60 | 10534.40 | TSP DATA | 1% |
| TAXABLE WAGES | 1949.10 | 9696.52 | | |
| NONTAXABLE WAGES | 147.32 | 732.52 | | |
| TAX DEFERRED WAGES | 21.18 | 105.36 | | |
| DEDUCTIONS | 883.09 | 4412.85 | | |
| AEIC | | | | |
| NET PAY | 1234.51 | 6121.55 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2117.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 9.28 | 46.08 | FEHB | 104 | 127.47 | 633.33 |
| MEDICARE | | 28.57 | 142.13 | RETIRE, CSRS | 1 | 148.23 | 737.40 |
| TAX, FEDERAL | | 223.42 | 1123.20 | TAX, STATE | GA | 87.53 | 438.36 |
| TSP LOANS | 119007G | 217.56 | 1087.80 | TSP SAVINGS | | 21.18 | 105.36 |
| DENTAL | | 19.85 | 99.19 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 240.00 | 8.00 | 32.00 | | 8.00 | | 264.00 | 200.00 |
| SICK | 286.25 | 4.00 | 16.00 | | | | 302.25 | |
| TIME OFF AWD | 36.00 | | | | | | 36.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.64 | 23.04 | FEHB | 244.86 | 1221.02 |
| MEDICARE | 28.57 | 142.13 | RETIRE, CSRS | 148.23 | 737.40 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
REVIEW YOUR LES EACH PAY PERIOD! HERE'S HOW:
HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/LEAVE-AND-EARNINGS
HHS PAYROLL LIAISONS: HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/PAYROLL-LIAISONS
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | | |
|---|---|---|---|
| 1. Pay Period End | | | 02/12/22 |
| 2. Pay Date | | | 02/18/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HUTZLER MARK S | GS  06  10 | 26.47 | 39.71 | 45044.00   10193.00   55237.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| | 22.63 | N | 12/26/82 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | CSRS:   57411.13 | |
| GA | S | 1 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2117.60 | 8416.80 | TSP DATA | 1% |
| TAXABLE WAGES | 1949.10 | 7747.42 | | |
| NONTAXABLE WAGES | 147.32 | 585.20 | | |
| TAX DEFERRED WAGES | 21.18 | 84.18 | | |
| DEDUCTIONS | 883.09 | 3529.76 | | |
| AEIC | | | | |
| NET PAY | 1234.51 | 4887.04 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2117.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 9.28 | 36.80 | FEHB | 104 | 127.47 | 505.86 |
| MEDICARE | | 28.57 | 113.56 | RETIRE, CSRS | 1 | 148.23 | 589.17 |
| TAX, FEDERAL | | 223.42 | 899.78 | TAX, STATE | GA | 87.53 | 350.83 |
| TSP LOANS | 119007G | 217.56 | 870.24 | TSP SAVINGS | | 21.18 | 84.18 |
| DENTAL | | 19.85 | 79.34 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 240.00 | 8.00 | 24.00 | | 8.00 | | 256.00 | 200.00 |
| SICK | 286.25 | 4.00 | 12.00 | | | | 298.25 | |
| TIME OFF AWD | 36.00 | | | | | | 36.00 | |
| HOLIDAY | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.64 | 18.40 | FEHB | 244.86 | 976.16 |
| MEDICARE | 28.57 | 113.56 | RETIRE, CSRS | 148.23 | 589.17 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
REVIEW YOUR LES EACH PAY PERIOD! HERE'S HOW:
HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/LEAVE-AND-EARNINGS
HHS PAYROLL LIAISONS: HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/PAYROLL-LIAISONS
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 01/29/22 |
| 2. Pay Date | | 02/04/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HUTZLER MARK S | GS  06  10 | 26.47 | 39.71 | 45044.00   10193.00   55237.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| | 22.63 | N | 12/26/82 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | CSRS:   57262.90 | |
| GA | S | 1 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2117.60 | 6299.20 | TSP DATA | 1% |
| TAXABLE WAGES | 1949.10 | 5798.32 | | |
| NONTAXABLE WAGES | 147.32 | 437.88 | | |
| TAX DEFERRED WAGES | 21.18 | 63.00 | | |
| DEDUCTIONS | 883.09 | 2646.67 | | |
| AEIC | | | | |
| NET PAY | 1234.51 | 3652.53 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2117.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 9.28 | 27.52 | FEHB | 104 | 127.47 | 378.39 |
| MEDICARE | | 28.57 | 84.99 | RETIRE, CSRS | 1 | 148.23 | 440.94 |
| TAX, FEDERAL | | 223.42 | 676.36 | TAX, STATE | GA | 87.53 | 263.30 |
| TSP LOANS | 119007G | 217.56 | 652.68 | TSP SAVINGS | | 21.18 | 63.00 |
| DENTAL | | 19.85 | 59.49 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 240.00 | 8.00 | 16.00 | | 8.00 | | 248.00 | 200.00 |
| SICK | 286.25 | 4.00 | 8.00 | | | | 294.25 | |
| TIME OFF AWD | 36.00 | | | | | | 36.00 | |
| HOLIDAY | | | | 8.00 | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.64 | 13.76 | FEHB | 244.86 | 731.30 |
| MEDICARE | 28.57 | 84.99 | RETIRE, CSRS | 148.23 | 440.94 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
REVIEW YOUR LES EACH PAY PERIOD! HERE'S HOW:
HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/LEAVE-AND-EARNINGS
HHS PAYROLL LIAISONS: HTTPS://INTRANET.HHS.GOV/HR/LEAVE-AND-PAY/PAYROLL-LIAISONS
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**